AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Sherri A. Stephan)                            USAO CW No. 22-073

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-mj-1391 |
| Duane Taylor | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 31, 2022  in the county of  Lehigh  in the  Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1201 | prohibits a person from knowingly and unlawfully seizing, confining, inveigling, kidnapping, and abducting, any person, when the person is willfully transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:
See attached incorporated affidavit.

☑ Continued on the attached sheet.

s/ Benjamin Jacobs
*Complainant's signature*

Benjamin Jacobs, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 1, 2022

/s/ Pamela A. Carlos
*Judge's signature*

City and state:  Allentown, Pennsylvania

Pamela Carlos, US Magistrate Judge
*Printed name and title*